IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FREDERICK JORDAN BATTS, § <br> (TDCJ-CID #1460809) § <br> § <br> Petitioner, § <br> § <br> VS. § <br> § <br> WILLIAM STEPHENS, § <br> § <br> Respondent. § | CIVIL ACTION NO. H-13-3655 |

**FINAL JUDGMENT**

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed with prejudice.

This is a final judgment.

SIGNED on March 31, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge